IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40027
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

HECTOR MENA VEGA, also known as Hector Vega,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-354-1
--------------------
August 24, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Hector Mena Vega has moved to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Mena Vega has not filed a response to counsel's motion to withdraw.  Our independent review of the brief and the record discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

    MOTION TO WITHDRAW AS COUNSEL GRANTED; APPEAL DISMISSED.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.